| | |
|---|---|
| 1 | JOSEPH E. POWELL, ESQ. - Bar No. 83957 |
| | PAUL M. VUKSICH, ESQ. - Bar No. 97144 |
| 2 | Law Offices of Joseph E. Powell |
| | 582 Market Street, Suite 2001 |
| 3 | San Francisco, California 94104 |
| | Telephone: (415) 788-4949 |
| 4 | Facsimile: (415) 766-9949 |
| | E-mail: jepmain@hotmail.com |
| 5 | |
| 6 | Attorney for Defendants and Counterclaimants |
| 7 | FRANK E. MAYO, ESQ. - Bar Mo. 42972 |
| | Law Offices of Frank E. Mayo |
| 8 | 480 San Antonio Road, Suite 230 |
| | Mountain View, CA 94040 |
| | Telephone: (650) 964-8901 |
| 9 | Facsimile: (650) 964-7293 |
| | E-mail: fmayolaw@aol.com |
| 10 | |
| | Attorney for Plaintiffs and Counter-defendants |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAICAN TRAVEL SPECIALISTS, INC., a California Corporation, And DENISE FRANCES PETERSON, | Case No. C 04 5311 BZ (ARB) |
| Plaintiffs, | JOINT STIPULATION RE MEDIATION AND [PROPOSED] ORDER |
| vs. | |
| INVICTA GROUP, INC., a Nevada Corporation, WILLIAM FORHAN and DAVID SCOTT, | |
| Defendants. | |
| INVICTA GROUP, INC., a Nevada Corporation, | |
| Counterclaimant, | |
| vs. | |
| JAMAICAN TRAVEL SPECIALISTS, INC., a California Corporation, And DENISE FRANCES PETERSON, | |
| Counterdefendants. | |

JOINT STIPULATION RE MEDIATION
AND PROPOSED ORDER
Case No. C 04 5311 BZ (ARB)                    1

The parties to the above-entitled action submit this Joint Stipulation Re Mediation and Proposed Order and request the Court to adopt the proposed order for the following reasons:

This case was originally set for arbitration, and an arbitration before Gregory D. Walker, Edq. was scheduled for January 19, 2006. However, based upon the disclosures of the parties, the parties entered into active settlement negotiations and agreed that arbitration would not resolve the case and would be a waste of time and resources. The parties further agreed that in the event that their settlement negotiations were not successful this matter would very likely be resolved through a mediation. Accordingly, the parties did not go forward with the arbitration and now request that the Court remove this case from arbitration, refer it to Court sponsored mediations before Gregory D Walker, Esq., and extend the ADR deadline to February 28, 2006, Mr. Walker has confirmed that he will be available during that time to conduct the mediation.

Dated: January 30, 2006

/S/
Joseph E. Powell
Attorney for Defendants

Dated: January 30, 2006

/S/
Frank Mayo
Attorney for Plaintiffs

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby removed from arbitration and referred to court sponsored mediation before Gregory D. Walker, Esq. The deadline for the ADR session of February 28, 2006.

IT IS SO ORDERED.

Dated: February 2, 2006

_____
UNITED STATES MAGISTRATE JUDGE



JOINT STIPULATION RE MEDIATION
AND PROPOSED ORDER
Case No. C 04 5311 BZ (ARB)                    2