```
 1  JOSEPH E. POWELL, ESQ. - Bar No. 83957
    PAUL M. VUKSICH, ESQ. - Bar No. 97144
 2  Law Offices of Joseph E. Powell
    582 Market Street, Suite 2001
 3  San Francisco, California  94104
    Telephone:  (415) 788-4949
 4  Facsimile:  (415) 766-9949
    E-mail:     jepmain@hotmail.com
 5
    Attorney for Defendants
 6
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAICAN TRAVEL SPECIALISTS, INC., a California Corporation, And DENISE FRANCES PETERSON,   Plaintiffs,   vs.   INVICTA GROUP, INC., a Nevada Corporation, WILLIAM FORHAN and DAVID SCOTT,   Defendants. | Case No. C 04 5311 BZ  (ARB)   ~~[PROPOSED]~~ ORDER EXCUSING PERSONAL APPEARANCE OF PARTY |
| INVICTA GROUP, INC., a Nevada Corporation,   Counterclaimant,   vs.   JAMAICAN TRAVEL SPECIALISTS, INC., a California Corporation, And DENISE FRANCES PETERSON,   Counterdefendants. | |

Having considered the letter of Joseph E. Powell dated February 21, 2006, and good cause appearing, David Scott is excused from personally appearing at the settlement conference.

IT IS SO ORDERED

Dated: 2-21-06

_____
UNITED STATES MAGISTRATE JUDGE
Judge Wayne D. Brazil

[PROPOSED ORDER EXCUSING PERSONAL APPEARANCE OF PARTY
Case No. C 04 5311 BZ (ARB)