UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAICAN TRAVEL SPECIALIST INC., <br><br>    Plaintiff(s), <br><br>    v. <br><br>INVICTA GROUP INC., <br><br>    Defendant(s). | No. C04-5311 BZ <br><br> **CONDITIONAL ORDER OF DISMISSAL** |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **60 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: March 21, 2006

            Bernard Zimmerman
            United States Magistrate Judge

G:\BZALL\-BZCASES\JAMAICAN TRAVEL\ORDER OF COND.DISMISSAL.wpd

1